UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MORTLAND | ) | CASE NO. 4:20-CV-01052 |
| | ) | |
| Plaintiff | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | **REPORT OF PARTIES' MEETING** |
| VK INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendant | ) | |

Now comes Plaintiff and Defendant through the undersigned counsel hereby gives notice to the Court that the parties have reached a settlement in this matter as an outcome of the inspection that occurred on December 29, 2020. The parties are currently negotiating the terms of the settlement documents and expect to have the matter resolved within thirty (30) days.

Respectfully submitted,

*/s/ Colin E. Meeker*
Colin E. Meeker (0092980)
**BLAKEMORE, MEEKER & BOWLER CO., L.P.A.**
495 Franklin Lakes Drive
Akron OH 44319
(330) 253-3337 (T) * (330) 253-4131 (FAX)
cgm@bmblaw.com
Attorney for Plaintiff

*/s/ R. Brian Borla*
R. Brian Borla (0077322)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, OH 44333
(330) 670-7339 (T) * (330) 670-7453 (FAX)
bborla@hcplaw.net

Attorney for Defendant
VK International, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Report of Parties' Meeting* was filed electronically on January 4, 2021, with the Clerk using the CM/ECF system, which will notify all parties. Parties may access this document through the court's electronic-filing system.

/s/ R. Brian Borla
R. Brian Borla (0077322)
Attorney for Defendant
VK International, Inc.

<<HCP #1145849-v1>>