PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | |
| | ) | CASE NO. 4:20CV1052 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| VK INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

The Court was informed by the Report of Parties' Meeting (ECF No. 21) that the parties settled this case as an outcome of the inspection of Defendant's property that occurred on December 29, 2020. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before February 1, 2021, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

| | |
|---|---|
|   January 4, 2021   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson |
| | United States District Judge |