# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **DEREK MORTLAND,** | ) | **CASE NO. 4:20-CV-01052** |
| | ) | |
| Plaintiff, | ) | **JUDGE PEARSON** |
| | ) | |
| v. | ) | |
| | ) | |
| **VK INTERNATIONAL, INC.,** | ) | **JOINT STIPULATION AND ORDER** |
| | ) | **FOR DISMISSAL WITH** |
| Defendants. | ) | **PREJUDICE** |
| | ) | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Attorney for Plaintiff, Derek Mortland


/s/ ***R. BRIAN BORLA***
Per email approval on 2/3/2021

Attorney for Defendant, VK International, Inc.

1

## **ORDER**

This stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____

_____
JUDGE BENITA Y. PEARSON